IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RODNEY L. TRUDELL,<br><br>        Plaintiff,<br><br>v.<br><br>MR. COOPER/NATIONSTAR<br>MORTGAGE LLC, et al.,<br><br>        Defendant. | Case No. 3:24-cv-00244-SLG<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Superior Court for the State of Alaska<br>Third Judicial District at Anchorage<br>Case No. 3AN-24-09048CI<br>Complaint Filed: September 25, 2024 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, Nationstar Mortgage LLC (**Nationstar**), requests the Court grant it additional time to file a response to Plaintiff's First Amended Complaint. [Doc 12.] Defendant requests a 20-day extension making a response due May 7, 2025. This motion is filed for good cause and not for delay or any improper purpose. The requested extension will not prejudice Plaintiff but will promote the interests of justice and judicial economy.

WHEREFORE, Nationstar Mortgage LLC, prays that this honorable Court grant its request for a 20-day extension to respond to Plaintiff's First Amended Complaint and for such other and further relief as the court deems necessary.

DATED: April 17, 2025

NORTH STAR LAW GROUP, LLC
Counsel for Nationstar Mortgage LLC,

 /s/ Brian Riekkola_____
Brian Riekkola
Alaska Bar No. 1406062