# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RODNEY L. TRUDELL,<br><br>              Plaintiff,<br><br>v.<br><br>MR. COOPER/NATIONSTAR<br>MORTGAGE LLC, et al.,<br><br>              Defendant. | Case No. 3:24-cv-00244-SLG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Superior Court for the State of Alaska<br>Third Judicial District at Anchorage<br>Case No. 3AN-24-09048CI<br>Complaint Filed: September 25, 2024 |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

THIS MATTER CAME before the Court on the Defendant's, Nationstar Mortgage LLC (**Nationstar**), Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint. Having considered the Motion, the Court orders as follows:

1. Nationstar's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint is GRANTED.

2. Nationstar's response shall be due by Wednesday, May 7, 2025.

**DONE AND ORDERED** in Anchorage, Alaska on this ___ day of _____.

_____
UNITED STATES DISTRICT JUDGE